UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:

    Robert S. Hurt &     Case No. :   13-30770
    Ernestine C. Hurt
    Debtor(s)            Chapter 13

### NOTICE OF VOLUNTARY CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7

The Debtor(s), Robert S. Hurt & Ernestine C. Hurt, by counsel, represents as follows:

1.    The Debtor is no longer able to comply with the Chapter 13 plan and does not desire to modify the plan.

2.    The Debtor qualifies as a debtor under Chapter 7 of the Bankruptcy Code.

3.    Under Section 1307 (a) of the Bankruptcy Code, the debtor is entitled to convert the above-mentioned Chapter 13 case to a case under Chapter 7 at any time and now wishes to convert this Chapter 13 case to a case under Chapter 7.

4.    The conversion to Chapter 7 is being made in good faith by the debtor.

WHEREFORE, the Debtor, Robert S. Hurt & Ernestine C. Hurt, pursuant to Rule 1017 (d) of the Rules of Bankruptcy Procedure, hereby serves notice of the conversion of this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

/s/Robert S. Hurt    /s/Ernestine C. Hurt

          By Counsel
          /s/ Robert B. Duke
          Robert B. Duke, Esquire
          VSB # 74070
          America Law Group, Inc
          aka:The Debt Law Group
          207 A South Main Street
          Blackstone VA 23824
          434-292-6529(ph)
          434-292-7529 (fax)

Certificate of Service

I certify that a copy of the foregoing Notice of Conversion of Chapter 13 Case to Chapter 7 was mailed by mail or electronic means this November 1, 2013 to U.S. Trustee's office, and to all necessary creditors.    /s/ Robert B Duke
                                            Robert B Duke, esq

List of creditors

**MCV Physicians**
1601 Willow Lawn Dr, Ste 275
Richmond, VA 23230-0000

**Advance America**
1818 Perry Drive
Farmville, VA 23901-0000

**Afni, Inc**
PO Box 3667
Bloomington, IL 61702

**Afni, Inc.**
Attn: Bankruptcy
Po Box 3097
Bloomington, IL 61702-0000

**American Cash Center #14**
dba American Title Loans
302 East 3rd Street
Farmville, VA 23901-0000

**American Collections E**
205 S Whiting St Ste 500
Alexandria, VA 22304-0000

**American InfoSource LP as agent for**
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

**Ashley Funding Services, LLC its successors and**
assigns as assignee of Laboratory
Corporation of America Holdings
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**B.T. Friend Company**
103 E. 3rd Street
Farmville, VA 23901-0000

**Baldwin's Auto Sales Inc.**
PO Box 32
Crewe, VA 23930-0000

**Centra Southside Community Hos**
800 Oak St.
Farmville, VA 23901-0000

**Central Telephone Company of Virginia**
CENTURYLINK BANKRUPTCY

359 BERT KOUNS
SHREVEPORT, LA 71106

**Check City**
2729 B West Broad St
Richmond, VA 23220

**Check City**
21 E. Broad St.
Richmond, VA 23219-0000

**Credit Collections Srv.**
Po Box 9134
Needham, MA 02494-0000

**Creditors Collection S**
Po Box 21504
Roanoke, VA 24018-0000

**Dakota State Bank**
Po Box 4477
Beaverton, OR 97076-0000

**Davis Pontiac GMC Truck**
2707 W. 3rd Street
Farmville, VA 23901-0000

**East End Motor Co, Inc**
900 East Third Street
Farmville, VA 23901

**eCAST Settlement Corporation assignee of Providian**
National Bank
POB 35480
Newark NJ 07193-5480

**Enhanced Recovery Corp**
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256-0000

**Fast Auto Loans, Inc**
2101 Wards Rd
Lynchburg, VA 24502-0000

**FAST AUTO LOANS, INC.**
c/o THE SALKIN LAW FIRM, P.A.
1776 N PINE ISLAND RD, STE 218
PLANTATION, FL 33322

**Fed Loan Serv**
Pob 69184
Harrisburg, PA 17106-0000

**First Premier Bank**
601 S Minnesota Ave
Sioux Falls, SD 57104-0000

**Focus Receivables Mana**
1130 Northchase Parkway Suite 150
Marietta, GA 30067-0000

**Ic Systems Inc**
Po Box 64378
St. Paul, MN 55164-0000

**Internal Revenue Service**
Central Insolvency Unit
P.O. Box 7346
Philadelphia, PA 19101-7346

**Jefferson Capital**
16 Mcleland Rd
Saint Cloud, MN 56303-0000

**Jefferson Capital Systems LLC**
PO BOX 7999
SAINT CLOUD MN 56302-9617

**LOAN MAX TITLE LOANS**
3440 Preston Ridge Rd. Suite 500
Alpharetta, GA 30005

**MCV Physicians**
PO Box 91747
Richmond, VA 23291

**Med Data Sys**
2001 19th Ave Suite 312
Vero Beach, FL 32960-0000

**Nicholas Financial Inc**
2454 Mcmullen Booth Road
Clearwater, FL 34619-0000

**Online Collections**
Attn: Tracy
Po Box 1489
Winterville, NC 28590-0000

**Pfs**
Po Box 811
Spartanburg, SC 29304-0000

**Piedmont Credit and Collection**
PO Box 1596
Danville, VA 24543-1596

**Pinnacle Credit Service**
Po Box 640
Hopkins, MN 55343-0000

**Poplar Springs Storage LLC**
1081 Poorhouse Rd.
Rice, VA 23966-0000

**Portfolio Investments II LLC**
c/o of Recovery Management Systems Corp
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

**Premier Bankcard/ Charter**
P.O. Box 2208
Vacaville, CA 95696

**Prince Edward County**
Mable H. Shanaberger Treasurer
PO Box 522
Farmville, VA 23901-0000

**Prince Edward County**
Mable H. Shanaberger - Treasur
PO Box 522
Farmville, VA 23901-0000

**Professional Financial Services**
PO Box 1893
Spartanburg, SC 29304

**Progressive Therapy Inc.**
c/o Terry W Hudgins
1500 W 3rd St
Farmville, VA 23901

**Receivable Management**
7206 Hull Street Rd Ste
North Chesterfield, VA 23235-0000

**Sca Cred Svc**
1502 Williamson Ro
Roanoke, VA 24012-0000

**Short Stop Food Stores Inc.**
c/o William D. Hamner
3520-A Courthouse Rd.
Richmond, VA 23236-0000

**Southside Hospital**
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374

**Tidewater Finance Co.**
Alan Friedan, R/A
222 Central Park Ave Ste 1300
Virginia Beach, VA 23462-0000

**Tidewater Finance Company**
P.O. Box 13306
Chesapeake, VA 23325

**Tidewater Motor Credit**
6520 Indian River Rd
Virginia Beach, VA 23464-0000

**Vzw Ne**
Attention: Verizon Wireless Department
Po Box 3397
Bloomington, IL 61702-0000

**Wells Fargo Bank**
P.O. Box 50014
Roanoke VA 24040-0014