**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Richmond_____ Division

In re   Robert S. Hurt
        Ernestine C. Hurt                                           Case No.   13-30770-KRH
                              Debtor(s)                             Chapter 7

## ORDER UPON CONVERSION OF CHAPTER 13 TO CHAPTER 7

The debtor(s) in this case filed a petition under Chapter 13 of the Bankruptcy Code on _____02/15/2013_____, and on _____11/01/2013_____, filed a notice of conversion to one under Chapter 7.  Accordingly, it is **ORDERED** that:

    1.  The Trustee in the superseded case shall file a final report and account as required by Federal Rule of Bankruptcy Procedure 1019(5) with the Court within **30 days** after the conversion of this case, with a copy to be mailed to the United States Trustee;

    2.  The debtor(s), pursuant to Local Bankruptcy Rule 1017-1(A), shall file with the Court within **14 days** after the conversion of this case as applicable, either:

    (a)    a schedule of unpaid debts incurred after commencement of original bankruptcy case, and a list of creditors in the format required by the Clerk, **or**
    (b)    a certification that no unpaid debts have been incurred since the commencement of the case.

*[If the debtor fails to file the schedule and list referred to above on the date of conversion of the case, any such subsequent filing shall be treated as an amendment under Local Rule 1009-1 and the debtor shall be required to give all required notices and distribute all required copies, including copies to the trustee and the United States Trustee.]*

    3.  *[If original case filed on or after October 17, 2005]* The debtor(s), pursuant to Local Bankruptcy Rule 1017-1(C), shall file with the Court within **14 days** after the conversion of this case a Chapter 7 Statement of Current Monthly Income and Means Test Calculation, Official Form B22A

    4.  The debtor(s), pursuant to Federal Rule of Bankruptcy Procedure 1019(1)(B), shall file with the Court a Statement of Intention with respect to secured property, if required, within **30 days** after the conversion of this case or before the first date set for the meeting of creditors in the converted case, whichever is earlier.

    5.  *[If applicable]* If the Chapter 13 plan had been confirmed, the debtor(s) shall file within **45 days** after the conversion of this case, pursuant to Federal Rule of Bankruptcy Procedure 1019(5)(C), either:

    (a)    a schedule of property not listed in the final report and account acquired after filing of the original petition but before entry of conversion order and a schedule of executory contracts and unexpired leases entered into or assumed after the filing of the original petition but before entry of the conversion order, **or**
    (b)    a certification that the schedules already filed accurately reflect the debtor's financial affairs as of the date the case was converted.

    6.  *[If applicable]* If the debtor(s) has been making payments by payroll deduction, the employer set forth in the order for payroll assignment shall cease any payroll deductions for the benefit of the Chapter 13 Trustee.

.

                                                           WILLIAM C. REDDEN
                                                           Clerk of Court

Date: _____November 04, 2013_____          By:  _____/s/ Suzan Ramirez-Lowe_____
                                                                               Deputy Clerk

                                                           NOTICE OF JUDGMENT OR ORDER
                                                            ENTERED ON DOCKET
                                                           _____November 04, 2013_____

[oucon137 ver. 12/09]