UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:  
    Robert S. Hurt  
    Ernestine C. Hurt  
        Debtor(s)

Case No. 13-30770-KRH

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Carl M. Bates, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/15/2013.

2) The plan was confirmed on 07/11/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/21/2013.

5) The case was converted on 11/04/2013.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $11,126.37.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $300.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $300.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $12.57 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $12.57

Attorney fees paid and disclosed by debtor:   $9.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advance America | Unsecured | 577.25 | NA | NA | 0.00 | 0.00 |
| Afni, Inc | Unsecured | 572.00 | 572.83 | 572.83 | 0.00 | 0.00 |
| AMERICAN CASH CENTER | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTIONS E | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | 1,653.00 | 1,621.85 | 1,621.85 | 0.00 | 0.00 |
| Ashley Funding Services LLC | Unsecured | NA | 327.00 | 327.00 | 0.00 | 0.00 |
| BALDWIN'S AUTO SALES INC. | Secured | 9,372.24 | NA | NA | 0.00 | 0.00 |
| Central Telephone Company of Virginia | Unsecured | NA | 804.48 | 804.48 | 0.00 | 0.00 |
| Check City | Unsecured | 466.00 | 565.00 | 565.00 | 0.00 | 0.00 |
| Credit Collections | Unsecured | 2,252.00 | NA | NA | 0.00 | 0.00 |
| Creditors Bankruptcy Service | Unsecured | 8,790.00 | 10,951.78 | 10,951.78 | 0.00 | 0.00 |
| Dakota State Bank/Rewards 660 | Unsecured | 318.00 | NA | NA | 0.00 | 0.00 |
| Davis Pontiac GMC Truck | Unsecured | 11,324.61 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION | Unsecured | NA | 3,891.96 | 3,891.96 | 0.00 | 0.00 |
| EAST END MOTOR CO., INC | Unsecured | 642.77 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 5,726.56 | 5,758.65 | 5,758.65 | 0.00 | 0.00 |
| Enhanced Recovery Corp. | Unsecured | 762.00 | NA | NA | 0.00 | 0.00 |
| Fast Auto Loans | Unsecured | NA | 0.00 | 3,147.05 | 0.00 | NA |
| Fast Auto Loans | Secured | 4,500.00 | 5,566.05 | 2,419.00 | 47.90 | 10.08 |
| Fed Loan Serv | Unsecured | 3,830.00 | NA | NA | 0.00 | 0.00 |
| Focus Receivables Management | Unsecured | 698.00 | NA | NA | 0.00 | 0.00 |
| IC System, Inc | Unsecured | 2,897.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 2,300.00 | 2,111.32 | 2,111.32 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 324.00 | 324.12 | 324.12 | 0.00 | 0.00 |
| Loan Max | Secured | NA | 1,141.82 | 1,141.82 | 0.00 | 0.00 |
| MCV Physicians | Unsecured | 525.00 | 801.40 | 801.40 | 0.00 | 0.00 |
| Med Data | Unsecured | 543.00 | NA | NA | 0.00 | 0.00 |
| Nicholas Financial Inc | Secured | 14,715.00 | 847.16 | 847.16 | 0.00 | 0.00 |
| ONLINE COLLECTIONS | Unsecured | 1,296.00 | NA | NA | 0.00 | 0.00 |
| PIEDMONT CREDIT & COLLECTION S | Unsecured | 866.41 | NA | NA | 0.00 | 0.00 |
| Pinnacle Credit Services | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Premier Bankcard/Charter | Unsecured | 384.00 | 384.24 | 384.24 | 0.00 | 0.00 |
| Premier Bankcard/Charter | Unsecured | 481.00 | 481.32 | 481.32 | 0.00 | 0.00 |
| Professional Financial Services | Secured | NA | 6,828.85 | 6,828.85 | 0.00 | 0.00 |
| Professional Financial Services | Secured | 10,504.00 | 6,866.67 | 6,866.67 | 215.56 | 13.89 |
| Progressive Therapy | Unsecured | 554.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES MANAGEMENT | Unsecured | 625.00 | NA | NA | 0.00 | 0.00 |
| Short Stop Food Stores, Inc. t/a | Unsecured | 694.88 | 1,748.66 | 1,748.66 | 0.00 | 0.00 |
| TIDEWATER FINANCE COMPANY | Unsecured | 9,870.98 | 12,817.87 | 12,817.87 | 0.00 | 0.00 |
| Treasurer, Prince Edward County | Priority | NA | 522.01 | 522.01 | 0.00 | 0.00 |
| Treasurer, Prince Edward County | Unsecured | NA | 2,272.93 | 2,272.93 | 0.00 | 0.00 |
| Treasurer, Prince Edward County | Unsecured | 1,983.22 | NA | NA | 0.00 | 0.00 |
| Treasurer, Prince Edward County | Secured | 1,506.22 | NA | NA | 0.00 | 0.00 |
| WACHOVIA BANK, A WELLS FARGO | Unsecured | NA | 333.00 | 333.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $18,103.50 | $263.46 | $23.97 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$18,103.50** | **$263.46** | **$23.97** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,633.33 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,633.33** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$46,804.14** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $12.57 |
| Disbursements to Creditors | $287.43 |
| **TOTAL DISBURSEMENTS:** | **$300.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/20/2013                             By: /s/ Carl M. Bates
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**